# United States District Court
# For The Western District of North Carolina
# Asheville Division

TAMMY JO BARNES,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.

MICHAEL J. ASTURE,
Commissioner of Social Security,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/08/2012 Order.

                                      Signed: November 8, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court